UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                                )   CASE NO. MJ 17-069<br>            Plaintiff,                              )<br>                                                                )<br>       v.                                              )<br>                                                                )   DETENTION ORDER<br>HAMEAD IBRAHIM ABDULLAHI,    )<br>                                                                )<br>            Defendant.                         )<br>_____)   | |

<u>Offense charged</u>:       Felon in Possession of Firearm; Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>:    March 6, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant has a lengthy criminal record that includes multiples failures to appear, bench warrant activity, new violations while on supervision, and multiple firearms

offenses. It also appears he may have significant mental health issues. Defendant was on state supervision when alleged to have committed the instant offense.

2. Defendant poses a risk of appearance due to failures to appear and pending warrants, violations while on supervision, substance use, mental health and unemployment. He poses a risk of danger based on the nature and circumstances of the instant offense, criminal history, active warrants, violations while on supervision, substance use history, alleged gang involvement and possible mental health issues.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

Officer.

DATED this 6th day of March, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3