UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAMEAD IBRAHIM ABDULLAHI,<br><br>Defendant. | NO. CR17-071 RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL DECLARATION OF ANDREA D. OSTROVSKY IN SUPPORT OF DEFENDANT HAMEAD ABDULLAHI'S SENTENCING MEMORANDUM |
|---|---|

The Court, having considered Defendant Hamead Ibrahim Abdullahi's ("Defendant") Unopposed Motion to Seal, pursuant to Local Rule 5(g), finds that there is good cause to seal the Declaration of Andrea Delgadillo Ostrovsky in Support of Defendant Hamead Abdullahi's Sentencing Memorandum and all exhibits thereto.

IT IS HEREBY ORDERED that the unredacted version of the Declaration of Andrea Delgadillo Ostrovsky in Support of Defendant Hamead Adbullahi's Sentencing Memorandum, and all exhibits attached thereto, shall remain under seal with this Court and will not be filed on the Court's Docket.

DATED this 30 of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEF'S UNOPPOSED MOTION TO
SEAL DECL. OF ANDREA D. OSTROVSKY - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  PRESENTED BY:

2  CALFO EAKES & OSTROVSKY PLLC

3

4  By: *s/ Andrea Delgadillo Ostrovsky*
      Andrea Delgadillo Ostrovsky, WSBA# 37749
5     1301 Second Avenue, Suite 2800
      Seattle, WA  98101
6     Phone:  (206) 407-2200
      Fax:  (206) 407-2224
7     Email:  andreao@calfoeakes.com

8
   *Attorney for Defendant*
9

ORDER GRANTING DEF'S UNOPPOSED MOTION TO
SEAL DECL. OF ANDREA D. OSTROVSKY - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224