The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

HAMEAD ABDULLAHI,

               Defendant.

NO. CR17-071 RSM

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION**

The Court, having reviewed Probation's Violation Report dated September 18, 2022 (Dkt. 73), and having considered the United States' motion to dismiss the supervised release violation alleged therein, hereby GRANTS the government's motion and dismisses the violation.

//

//

ORDER DISMISSING SUPERVISED RELEASE VIOLATION - 1
United States v. Abdullahi / CR17-071 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court hereby STRIKES the evidentiary hearing scheduled for October 27, 2022, at 11:00 a.m., and ORDERS that the appearance bond issued on September 23, 2022 (Dkt. 2022) be exonerated. All conditions of supervised release previously imposed will remain in effect.

IT IS SO ORDERED.

Dated this 13th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

ORDER DISMISSING SUPERVISED RELEASE VIOLATION - 2
United States v. Abdullahi / CR17-071 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970