THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAMEAD IBRAHIM ABDULLAHI,

Defendant.

Case No. 17-cr-00071 RSM

**STIPULATED MOTION TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE**

Note for hearing: March 3, 2023

The parties hereto stipulate and agree as follows:

1.      On January 12, 2023, Magistrate Judge Mary Alice Theiler entered an Appearance Bond for the Defendant Hamead Abdullahi after his initial appearance on alleged supervised release violations.  The Appearance Bond released the Defendant from any custody requirement on special conditions, including, but not limited to, that he be placed in a halfway house with release privileges as determined by Pretrial Services.  The Defendant's bond also required him to maintain his then-current residence as directed until a Residential Reentry Center ("RRC") became available.

2.      On January 14, 2023, the defendant reported to the Tacoma RRC as directed by the US. Probation Office.

STIPULATED MOTION TO MODIFY
DEFENDANT'S CONDITIONS
OF SUPERVISED RELEASE
(Case No. 17-cr-00071 RSM)- 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

3.     On January 26, 2023, the Court entered a modification to Defendant's conditions of release requiring the Defendant to reside at an RRC for up to 120 days or as otherwise directed. At that time, according to the Probation Officer, the Defendant requested placement at the Tacoma RRC due to employment reasons.

4.     On February 24, 2023, the defendant appeared before the Court for an evidentiary hearing on the alleged supervised release violations and for disposition on violations the defendant had admitted. After hearing testimony from the assigned Probation Officer, the Court continued the disposition hearing for a period of 60 days to further assess the defendant's compliance with the terms of his supervised release.

4.     Since the Court's modification of Defendant's conditions of release, as noted above in paragraph 3, the Defendant has enrolled in a licensed barber school located in North Seattle. The Defendant's course curriculum begins on March 6, 2023. As a result, the Defendant and the Probation Officer are asking the Court to modify the conditions so that Mr. Abdullahi will be transferred to the Seattle RRC to accommodate transportation for his education.

5.     The Probation Officer, the United States Attorney's Office and the Defendant agree that the terms of the Defendant's supervised release should be modified to permit the Bureau of Prisons to transfer the defendant to the Seattle halfway house.

Therefore, the parties request the Court to enter the Order set forth below.

Date: March 3, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

By: _s/Angelo J. Calfo_
Angelo J. Calfo, WSBA No. 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: 206-274-6400
Email: angelo.calfo@morganlewis.com

_Attorneys for Defendant_

STIPULATED MOTION TO MODIFY
DEFENDANT'S CONDITIONS
OF SUPERVISED RELEASE
(Case No. 17-cr-00071 RSM)- 2

1

2      -and-

3

4      **U.S. ATTORNEY'S OFFICE**

5      By:   *s/Jessica M. Manca*
       Jessica M. Manca, WSBA No. 42337

6      700 Stewart Street, Suite 5220
       Seattle, WA 98101

7      Phone: 206-553-7970
       Email: Jessica.manca@usdoj.gov

8

9      *Attorneys for the United States*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26      STIPULATED MOTION TO MODIFY
        DEFENDANT'S CONDITIONS
        OF SUPERVISED RELEASE
        (Case No. 17-cr-00071 RSM)- 3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400

1

## ORDER

2

3        The Court, having read and reviewed the above stipulated motion of the parties, and good

4 cause appearing, ORDERS that the Defendant's conditions of supervised release shall be

5 modified as follows:

6        The defendant shall reside in and satisfactorily participate in the Seattle Residential

7 Reentry Center program located at 220 11th Ave, Seattle, WA 98122, as a condition of

8 supervised release or probation for up to 120 days or until discharged by the Program Manager

9 or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence

10 fee.

11        DATED this _10_ day of March, 2023.

12

13

14                                    THE HONORABLE RICARDO S. MARTINEZ

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATED MOTION TO MODIFY
    DEFENDANT'S CONDITIONS
    OF SUPERVISED RELEASE
    (Case No. 17-cr-00071 RSM)- 4

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
+1.206.274.6400